# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| KENNETH FARON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VICTORY WORLDWIDE TRANSPORTATION, INC.,<br><br>　　　　　Defendant(s). | 2:22-cv-01791-GMN-VCF<br><br>**ORDER** |

　　　　Before the court is *Kenneth Faron v. Victory Worldwide Transportation, Inc.*, case number 2:22-cv-01791-GMN-VCF.

　　　　A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED that the parties must file a proposed discovery plan and scheduling order on or before December 27, 2022.

　　　　DATED this 13th day of December 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE