**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| KENNETH FARON, | |
| Plaintiff(s), | |
| v. | 2:22-cv-01791-GMN-VCF |
| VICTORY WORLDWIDE TRANSPORTATION, INC., | **ORDER** |
| Defendant(s). | |

Before the Court is the proposed joint discovery plan and scheduling order. ECF NO. 15.

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on the proposed joint discovery plan and scheduling order (ECF NO. 15), is scheduled for 1:00 PM, January 9, 2023, in Courtroom 3D.

DATED this 21st day of December 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1