JOSH COLE AICKLEN
Nevada Bar No. 007254
Josh.aicklen@lewisbrisbois.com
DAVID B. AVAKIAN
Nevada Bar No. 009502
David.avakian@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
VICTORY WORLDWIDE
TRANSPORTATION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH FARON<br><br>Plaintiff,<br><br>vs.<br><br>VICTORY WORLDWIDE TRANSPORTATION, INC.<br><br>Defendant. | CASE NO.: 2:22-cv-01791<br><br>GLOBAL STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled and the parties agree to dismiss this matter with prejudice.

93485331.1

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 24th day of April, 2023.

LEWIS BRISBOIS BISGAARD & SMITH

Josh Cole Aicklen, Esq.
Nevada Bar No. 7254
David B. Avakian
Nevada Bar No. 9502
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

DATED this 21 day of April, 2023.

LAW OFFICE OF BENJAMIN B. CHILDS

Benjamin B. Childs, Esq.
Nevada Bar No. 3946
318 S. Maryland Parkway
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

## ORDER

IT IS SO ORDERED.

Dated this 24 day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE

93485331.1